AO-10
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. App., §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Greene, John Thomas | United States District Court - Utah | April 19, 2005 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ___ Nomination, Date _____ <br> ___ Initial __X__ Annual ___ Final | 1/1/04 - 12/31/04 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining the e:o, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse <br> 350 South Main Street #447 <br> Salt Lake City, UT 84101 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ✔ NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ✔ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

*2005 APR 26 A 11:27 FINANCIAL DISCLOSURE OFFICE RECEIVED*

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ✔ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ - |
| 5 | | $ |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ✔ NONE (No such reportable reimbursements.) | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ✔ NONE (No such reportable gifts.) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION CODE* | VALUE |
|---|---|---|
| ✔ NONE (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |

*Value Codes:  J=$15,000 or less        K=$15,001-$50,000        L=$50,001-$100,000        M=$100,001-$250,000        N=$250,001-$500,000
             ●=$500,001-$1,000,000     PI=$1,000,001-$5,000,000
             P3=$25,000,001-$50,000,000  P4=$50,000,001 or more                          P2=$5,000,001-$25,000,000

|  | Name of Person Reporting | Date of Report |
|---|---|---|
|  | Greene, John Thomas | April 19, 2005 |

# FINANCIAL DISCLOSURE REPORT

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during<br>reporting period | | C.<br>Gross value<br>at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| NONE   (No reportable income, assets. | | | | | | | | | |
| 1  Brokerage Account #1 (Prudential)<br>(Dormant Account) | | | | | | | | | |
| 2  - May Department Stores (delivered) | A | Dividend | J | T | | | | | |
| 3  - J.C. Penny (delivered) | A | Dividend | J | T | | | | | |
| 4  Brokerage Account #2 (AG Edwards) | | | | | | | | | |
| 5  - Money Market - Pershing Gov Account | A | Interest | J | T | | | | | |
| 6  - Conagra Foods, Inc. | A | Dividend | J | T | | | | | |
| 7  Geoworks, Inc. | | None | J | T | | | | | |
| 8  Pepsico, Inc. | A | Dividend | J | T | | | | | |
| 9  - Yum Brands, Inc. | A | Dividend | J | T | | | | | |
| 10  - Certegy, Inc. | A | Dividend | J | T | | | | | |
| 11  - Lucent Technologies | | None | J | T | | | | | |
| 12  Motorola, Inc | A | Dividend | J | T | | | | | |
| 12A  Agere Systems Inc. (Class B) Stock | A | Dividend | J | T | Buy | 2/24 | J | | |
| 13  IRA #1 (Equitable Life - Equivest) | | | | | | | | | |

| 1 | Income/Gain Codes<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | — |
| 3 | Value Method Codes<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 14 | – Equitable Life Money Market | A | Interest | K | T | | | | | |
| 15 | – Aggressive Stock Fund - Equivest | A | Dividend | J | T | | | | | |
| 16 | – Alliance Common Stock | A | Dividend | J | T | | | | | |
| 17 | – EQ/Alliance Growth & Income | A | Dividend | J | T | | | | | |
| 18 | – EQ/Berstein Diversified | A | Dividend | J | T | | | | | |
| 19 | – EQ/Mercury Basic Value | A | Dividend | J | T | | | | | |
| 20 | – EQ/Putnam Growth & Income | A | Dividend | J | T | | | | | |
| 21 | – EQ/FI Small/Mid Cap Value | A | Dividend | J | T | | | | | |
| 22 | – EQ/Alliance Quality Bond | A | Dividend | J | T | | | | | |
| 23 | – EQ/Alliance Monthly Market | A | Dividend | J | T | | | | | |
| 24 | IRA #2 (AG Edwards, formerly Piper Jaffray) | | | | | | | | | |
| 25 | – Centenial Money Market | A | Interest | J | T | | | | | |
| 26 | – Avaya, Inc. Stock | A | Dividend | J | T | | | | | |
| 27 | – Dell Computer Stock | A | Dividend | J | T | | | | | |
| 28 | – Intel Corp. Stock | A | Dividend | J | T | | | | | |
| 29 | – Lucent Technology Stock | | None | J | T | | | | | |
| 30 | – Motorola Inc. Stock | A | Dividend | J | T | | | | | |
| 31 | – Pfizer Inc. Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F= 50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2= 5,000,001- 25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 22 – Nabors Industries Stock | A | Dividend | J | T | | | | | |
| 33 – USX Marathon Stock | A | Dividend | J | T | | | | | |
| 34 – Dynegy Inc. | A | Dividend | J | T | | | | | |
| 35 IRA #3 (Zions Investment Securities) | | | | | | | | | |
| 36 – Pershing Money Fund | A | Interest | J | T | | | | | |
| 37 – MFS Utility Fund | A | Dividend | J | T | | | | | |
| 38 – Cisco Systems Stock | A | Dividend | J | T | | | | | |
| 39 – Franklin US Govt. Fund | A | Dividend | K | T | | | | | |
| 40 – Eaton Vance World Health Fund | A | Dividend | J | T | | | | | |
| 41 – Franklin Income Fund Class A | A | Dividend | J | T | | | | | |
| 42 AXP Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 43 AARP - Tax Free Muni Bond Fund (Scudder Managed) | A | Dividend | J | T | | | | | |
| 44 AARP - Tax Free Money Fund | A | Interest | J | T | | | | | |
| 45 AARP - Growth & Income Fund | A | Dividend | J | T | | | | | |
| 46 Alliance Growth & Income Fund | A | Dividend | J | T | | | | | |
| 47 Alliance Technology Fund | A | Dividend | J | T | | | | | |
| 48 AIM Charter Fund | A | Dividend | J | T | | | | | |
| 49 Mass Investors Growth Stock Fund | A | Dividend | J | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2 Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3 Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 | D. (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 50 Sun America Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 51 Pepco Holdings Stock (formerly Potomac Electric Power) | A | Dividend | J | T | | | | | |
| 52 Glaxo Welcome - Smith Klein Stock | A | Dividend | J | T | | | | | |
| 53 Hewlin-Packard (formerly Compaq Computer) | A | Dividend | J | T | | | | | |
| 54 Walgreens Stock | A | Dividend | J | T | | | | | |
| 55 Equifax, Inc. Stock | A | Dividend | J | T | | | | | |
| 56 Fannie Mae Stock | A | Dividend | J | T | | | | | |
| 57 Exxon Mobile Stock | A | Dividend | J | T | | | | | |
| 58 U.S. Govt EE Series Bonds | A | Interest | J | T | Buy Monthly | 1/12 | J | | |
| 59 U.S. Treasury T-Bills | B | Interest | L | T | Buy Part-Redeem | 9/23 10/7 | J J | | |
| 60 2-year Treasury Note | A | Interest | J | T | Buy | 6/30 | J | | |
| 61 10-year Treasury Note | A | Interest | J | T | Buy | 7/15 | J | | |
| 62 Wells Fargo Market Based Account | A | Interest | J | T | | | | | |
| 63 Zions First National Bank - Money Market & Checking | A | Interest | K | T | | | | | |
| 64 Associated Federal Employees Credit Union | A | Interest | J | T | | | | | |
| 65 Beehive Credit Union | A | Interest | K | T | | | | | |
| 66 Mainstay Capital Appreciation Fund C | A | Interest | | | Redeemed | 2/4 | J | | |
| 67 Mainstay High Yield Corporate Bond | A | Interest | | | Redeemed | 2/4 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during<br>reporting period<br><br>(1)<br>Amt.<br>Code1<br>(A-H) | <br><br><br><br>(2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | C.<br>Gross value<br>at end of<br>reporting period<br>(1)<br>Value<br>Code2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>-Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | <br>If not exempt from disclosure<br>(2)<br>Date:<br>Month-<br>Day | <br><br>(3)<br>Value<br>Code2<br>(J-P) | <br><br>(4)<br>Gain<br>Code1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 68  SEI Investments | A | Interest | K | T | Buy | 2/4 | K | | |
| 69  Zions Bank Checking (Spouse) | A | Interest | J | T | | | | | |
| 70  Zions Bank - Ultimate CD | A | Interest | L | T | | | | | |
| 71  General Electric Stock | A | Dividend | J | T | Buy | 8/11 | J | | |
| 72  Goodyear Tire & Rubber Stock | A | Dividend | J | T | Buy | 11/26 | J | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$5 ,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,00 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____   Date _April 19, 2005_

NOTE: AN INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS.

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544